# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Huntington
Date: 2/12/2014                                               Case Number 3:12-cv-00608
Case Style: Wade vs. United States of America
Type of hearing Trial to the Court
Before the honorable: 2514-Chambers
Court Reporter Lisa Cook                                      Courtroom Deputy Terry Justice
Attorney(s) for the Plaintiff or Government Matthew Lindsay,Richard Lindsay


Attorney(s) for the Defendant(s) Fred Westfall, Steve Horn


Law Clerk Amanda Ploch                                        Probation Officer

## Trial Time

Non Jury Trial.  Day No: 2


## Non-Trial Time


## Court Time

9:07 am   to 11:09 am
11:32 am   to 12:30 pm
Total Court Time: 3 Hours 0 Minutes Court actively conducting trial proceedings/Contested proceedings

11:09 am   to 11:13 am
Total Court Time: 0 Hours 4 Minutes Hearings on motions during trial

## Courtroom Notes

Trial to the Court scheduled to commence:  9:00 am
Trial to the Court commenced:  9:07 am

Defendant's 1st witness, Dr. Raymond Magorien, sworn & examined.
Defendant's exhibit #1 identified & admitted.
Defendant rested.
11:09 am Motion of Plaintiff for Summary Judgment.
Motion taken under advisement.
11:13 am Recess

11:32 am Closing arguments.
Court found in favor of the Defendant.
12:30 pm  Adjourn.