IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

TRACY E. WADE, Administratrix of the
Estate of RICHARD BRIAN WADE,

          Plaintiff,

v.                              CIVIL ACTION NO. 3:12-0608

UNITED STATES OF AMERICA,

          Defendant.

### ORDER

Pending is Plaintiff's Motion to Extend Time to File Motion for New Trial or Motion to Alter or Amend Judgment Pursuant to Rule 59 (ECF No. 77). The Court **GRANTS** the motion and extends the time for Plaintiff to file a motion for new trial or motion to alter or amend judgment to and including **April 3, 2014.**

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

                ENTER:      March 5, 2014

                ROBERT C. CHAMBERS, CHIEF JUDGE